No. 64276.—Manca, Inc. v. United States, protest 59/33111 (New York).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of parts of cameras, the claim of the plaintiff was sustained.

No. 64277.—E. Leitz, Inc. v. United States, protest 59/33727 (New York).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of parts of photographic cameras similar in all material respects to the merchandise involved in *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C.D. 1874), the claim of the plaintiff was sustained.

No. 64278.—Naftone, Inc. v. United States, protest 59/33981 (New York).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of rangefinders which are parts of cameras, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JUNE 8, 1960

No. 64279.—S. P. Skinner Co., Inc. v. United States, protest 59/30841 (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of log fires similar in all material respects to those the subject of *United States* v. *S. P. Skinner Co., Inc.* (46 C.C.P.A. 105, C.A.D. 708), the claim of the plaintiff was sustained.